1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY, a Corporation, | ) ) ) | 1:08-cv-01684 LJO GSA |
| Plaintiff, | ) ) ) | ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO EFFECT SERVICE ON DEFENDANT |
| v. | ) ) ) | |
| ABBY FARMS, INC. dba MERCADO DEL VALLE, a California Corporation, | ) ) ) | |
| Defendant. | ) ) ) ) | |

17

18      On February 27, 2009, Plaintiff AMCO Insurance Company, a Corporation, filed an Ex

19  Parte Application For Order Extending Time To Effect Service On Defendant pursuant to

20  Federal Rules of Civil Procedure, rule 6(b).

21      Good cause appearing, IT IS HEREBY ORDERED that:

22      1.      Plaintiff's ex parte application is GRANTED;

23      2.      Plaintiff shall have up to and including May 4, 2009, within which to effect

24  service upon Defendant ABBY FARMS, INC.

25      IT IS SO ORDERED.

26  **Dated:   March 3, 2009**              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE
27

28