Gordon M. Park, # 072190
Dana B. Denno, # 227971
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
AMCO INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, a Corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>ABBY FARMS, INC., dba MERCADO DEL VALLE, a California Corporation,,<br><br>         Defendant.<br><br>ABBY FARMS, INC., a California Corporation,<br><br>         Counterclaimant,<br><br>   v.<br><br>AMCO INSURANCE COMPANY, a Corporation, ROES 1-20,<br><br>         Counterdefendant. | Case No. 01-08-cv-01684-LJO-GSA<br><br>STIPULATION AND ORDER TO GRANT PLAINTIFF AND COUNTERDEFENDANT, AMCO INSURANCE COMPANY AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO ABBY FARM'S COUNTERCLAIM AND TO EXTEND SERVICE OF INITIAL DISCLOSURES |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record, as follows:

      1.    That Plaintiff and Counterdefendant, AMCO INSURANCE COMPANY, shall have a two-week extension, up to and including, July 29, 2009, within which to file a responsive pleading to Defendant and Counterclaimant, ABBY FARMS, INC.'s Counterclaim that was

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION RE EXTENSION TO FILE RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM AND EXTEND TIME TO FILE INITIAL DISCLOSURES    01-08-CV-01684-LJO-GSA

electronically filed with this Court on June 22, 2009; and

  2. That Plaintiff and Counterdefendant, AMCO INSURANCE COMPANY, shall have an additional ten (10) days to provide initial disclosures such that they are due on or before July 25, 2009.

Dated: July 15, 2009             JAMES C. HOLLAND
                   ATTORNEY AT LAW


            By: /s/ James C. Holland
              James C. Holland
         Attorneys for Defendant and Counterclaimant,
          ABBY FARMS, INC., dba MERCADO DEL VALLE

Dated: July 15, 2009         McCORMICK, BARSTOW, SHEPPARD,
                  WAYTE & CARRUTH LLP


            By: /s/ Gordon M. Park
              Gordon M. Park
              Dana B. Denno
         Attorneys for Plaintiff AMCO INSURANCE
                COMPANY

**ORDER**

The Court, having considered the stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that:

  1. Plaintiff and Counterdefendant, AMCO INSURANCE COMPANY, shall have until July 29, 2009 to file a responsive pleading to Defendant and Counterclaimant, ABBY FARMS, INC.'s Counterclaim, which was filed electronically on June 22, 2009; and

  2. That Plaintiff and Counterdefendant, AMCO INSURANCE COMPANY, shall have an additional ten (10) days to provide initial disclosures such that they are due on or before July 25, 2009

Dated: July 16, 2009           /s/ Gary S. Austin
                  United States Magistrate Judge

2

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION RE EXTENSION TO FILE RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM AND EXTEND TIME TO FILE INITIAL DISCLOSURES   01-08-CV-01684-LJO-GSA