Gordon M. Park, # 072190
Dana B. Denno, # 227971
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, a Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>ABBY FARMS, INC., dba MERCADO DEL VALLE, a California Corporation,,<br><br>              Defendant.<br><br>ABBY FARMS, INC., a California Corporation,<br><br>              Counterclaimant,<br><br>    v.<br><br>AMCO INSURANCE COMPANY, a Corporation, ROES 1-20,<br><br>              Counterdefendant. | Case No.  01-08-cv-01684-LJO-GSA<br><br>**STIPULATION AND ORDER TO DISMISS SECOND CAUSE OF ACTION OF COUNTERCLAIM WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record, as follows:

1.    That Defendant/Counterclaimant Abby Farms, Inc. will dismiss, without prejudice, its Second Cause of Action of the Counterclaim for Breach of The Covenant of Good Faith and Fair Dealing;

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION RE DISMISSAL WITHOUT PREJUDICE OF SECOND CAUSE OF ACTION OF COUNTERCLAIM    01-08-CV-01684-LJO-GSA

2.     That, in the event that Defendant/Counterclaimant Abby Farms, Inc. is determined to be the prevailing party on its First Cause of Action for Breach of Contract and/or Plaintiff's Complaint, Plaintiff and Counterdefendant, AMCO INSURANCE COMPANY stipulates that Defendant/Counterclaimant Abby Farms, Inc. may amend its counterclaim to renew its Second Cause Of Action of the Counterclaim for Breach of the Covenant of Good Faith and Fair Dealing as part of these proceedings, or Abby may proceed on such cause of action in such other court as Abby may elect, subject to AMCO's rights of defense, including those relating to jurisdiction and venue.  AMCO retains any and all rights to challenge and defend against same, none of which are hereby waived.  The parties further stipulate that the statute of limitations for the Second Cause of Action of the Counterclaim for Breach of the Covenant of Good Faith and Fair Dealing is tolled from the date of execution of this stipulation until the date the instant proceedings are resolved by way of settlement and dismissal, summary disposition, or judgment on jury verdict.

3.     Accordingly, pre-trial discovery and matters admitted to the Court in advance of and at the November 8, 2010 trial pursuant to the July 6, 2009 Scheduling Conference Order, subject to motions in limine and evidentiary rulings at trial, shall be limited to matters relating only to Plaintiff's claims for declaratory relief and Defendant/Counterclaimants' claims for breach of contract.

Dated: September 22, 2009

JAMES C. HOLLAND
ATTORNEY AT LAW


By:  /s/ James C. Holland
James C. Holland
Attorneys for Defendant and Counterclaimant,
ABBY FARMS, INC., dba MERCADO DEL VALLE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION RE DISMISSAL WITHOUT PREJUDICE OF SECOND CAUSE OF ACTION OF
COUNTERCLAIM    01-08-CV-01684-LJO-GSA

| | |
|---|---|
| Dated: September 22, 2009 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: /s/ Gordon M. Park
Gordon M. Park
Dana B. Denno
Attorneys for Plaintiff and Counterdefendant,
AMCO INSURANCE COMPANY

*AMCO v. ABBY FARMS*
**Case No.  01-08-cv-01684-LJO-GSA**

## ORDER

The Court, having considered the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Second Cause of Action of the Counterclaim for Breach of the Covenant of Good Faith and Fair Dealing is dismissed, without prejudice;

2. That, in the event Defendant/Counterclaimant Abby Farms, Inc. is determined to be the prevailing party on its First Cause of Action for Breach of Contract and/or Plaintiff's Complaint, Defendant/Counterclaimant Abby Farms, Inc. will be granted leave to amend its Counterclaim to renew its Second Cause of Action of the Counterclaim for Breach of the Covenant of Good Faith and Fair Dealing as part of these proceedings or Abby may proceed on such cause of action in such other court as Abby may elect, subject to AMCO's rights of defense, including those relating to jurisdiction and venue.  AMCO retains any and all rights to challenge and defend against same, none of which are hereby waived.  The statute of limitations for the Second Cause of Action of the Counterclaim for Breach of the Covenant of Good Faith and Fair Dealing is tolled until final resolution of this matter, either by way of settlement and dismissal, summary disposition, or judgment on jury verdict.

///
///
///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION RE DISMISSAL WITHOUT PREJUDICE OF SECOND CAUSE OF ACTION OF
COUNTERCLAIM     01-08-CV-01684-LJO-GSA

3. Pre-trial discovery and matters admitted to the Court in advance of and at the November 8, 2010 trial pursuant to the July 6, 2009 Scheduling Conference Order, subject to motions in limine and evidentiary rulings at trial, shall be limited to matters relating only to Plaintiff's claims for declaratory relief and Defendant/Counterclaimants' claims for breach of contract.

Dated: _September 23, 2009__         __/s/ Lawrence J. O'Neill_____
                                     United States District Court

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION RE DISMISSAL WITHOUT PREJUDICE OF SECOND CAUSE OF ACTION OF COUNTERCLAIM   01-08-CV-01684-LJO-GSA