Gordon M. Park, # 072190
Dana B. Denno, # 227971
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, a Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ABBY FARMS, INC., dba MERCADO DEL VALLE, a California Corporation,,<br><br>          Defendant.<br><br>ABBY FARMS, INC., a California Corporation,<br><br>          Counterclaimant,<br><br>     v.<br><br>AMCO INSURANCE COMPANY, a Corporation, ROES 1-20,<br><br>          Counterdefendant. | Case No.  01-08-cv-01684-LJO-GSA<br><br>**STIPULATION AND ORDER AS TO ADMISSIBILITY OF TRANSCRIPTS OF EXAMINATIONS UNDER OATH** |

   IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record, as follows:

   1.   That prior to the instant litigation, Sergey and Julia Ilisirov provided examinations under oath to Plaintiff/Counterdefendant AMCO Insurance Company relating to the claim arising out of the April 10, 2007 fire at Mercado del Valle operated by Defendant/Counterclaimant Abby

Farms, Inc.

    2.    In order to streamline discovery in this matter, the Parties agree that the certified stenographic transcript and video recordings of those examinations under oath will be treated as though they were depositions taken in this matter and their use at trial will be governed according to Federal Rule of Civil Procedure 32 and will be admissible at the time for trial in this matter for any permissible use pursuant thereto as well as in connection with Federal Rules of Evidence.

Dated: April 1, 2010                         JAMES C. HOLLAND
                                                ATTORNEY AT LAW

By: /s/ James C. Holland
    James C. Holland
Attorneys for Defendant and Counterclaimant,
ABBY FARMS, INC., dba MERCADO DEL VALLE

Dated: April 1, 2010                         McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Gordon M. Park
    Gordon M. Park
    Dana B. Denno
Attorneys for Plaintiff and Counterdefendant,
AMCO INSURANCE COMPANY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION RE EXAMINATIONS UNDER OATH    01-08-CV-01684-LJO-GSA

*AMCO v. ABBY FARMS*
**Case No. 01-08-cv-01684-LJO-GSA**

### ORDER

The Court, having considered the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that:

The certified stenographic transcript and video recordings of the examinations under oath provided by Sergey and Julia Ilisirov pertaining to the April 10, 2007 fire at Mercado del Valle will be treated as though they were depositions taken in this matter and their use at trial will be governed according to Federal Rule of Civil Procedure 32 and will be admissible at the time for trial in this matter for any permissible use pursuant thereto as well as in connection with Federal Rules of Evidence.

Dated: April 1, 2010                             /s/ Gary S. Austin_____
                                                United States Magistrate Judge

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION RE EXAMINATIONS UNDER OATH    01-08-CV-01684-LJO-GSA

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On April 1, 2010, I served the within documents:

**STIPULATION RE EXAMINATIONS UNDER OATH**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

| | |
|---|---|
| James C. Holland<br>Attorney at Law<br>134 North Conyer Avenue<br>Visalia, CA  93291 | Attorney representing:<br>Defendant and Counter-claimant, ABBY FARMS, INC., dba<br>MERCADO DEL VALLE |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 1, 2010, at Fresno, California.

/s/ __Della Johnson_____
Della Johnson

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION RE EXAMINATIONS UNDER OATH     01-08-CV-01684-LJO-GSA