Gordon M. Park, # 072190
Dana B. Denno, # 227971
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff and Counterdefendant,
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, a Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ABBY FARMS, INC., dba MERCADO DEL VALLE, a California Corporation,,<br><br>　　　　　　　Defendant. | Case No.  01-08-cv-01684-LJO-SKO<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) AND ORDER OF DISMISSAL** |
| ABBY FARMS, INC., a California Corporation,<br><br>　　　　　　　Counterclaimant,<br><br>　v.<br><br>AMCO INSURANCE COMPANY, a Corporation, ROES 1-20,<br><br>　　　　　　　Counterdefendant. | |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action, including all counterclaims, be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

///

Each party shall bear their own fees and costs.

Dated: November 15, 2010

                    JAMES C. HOLLAND
                    ATTORNEY AT LAW


By: /s/ James C. Holland
    James C. Holland
Attorneys for Defendant and Counterclaimant,
ABBY FARMS, INC., dba MERCADO DEL VALLE

Dated: November 15, 2010          McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ Dana B. Denno
    Gordon M. Park
    Dana B. Denno
Attorneys for Plaintiff and Counterdefendant,
AMCO INSURANCE COMPANY

*AMCO v. ABBY FARMS*
**Case No.  01-08-cv-01684-LJO-GSA**

**ORDER**

The Court having received the above Stipulation for Dismissal, with prejudice, of the entire action, signed by all parties who have appeared,

IT IS SO ORDERED.

Dated: _November 16, 2010__          /s/ Lawrence J. O'Neill_____
                                                       United States District Court

03660/00011-1648249.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION OF DISMISSAL
RULE 41(A)(1)(A)(II)     01-08-CV-01684-LJO-SKO